UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| GLOBAL BANKCARD SERVICES, INC. )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>GLOBAL MERCHANT SERVICES, INC. )<br>)<br>    Defendant. )<br>_____)<br>)<br>GLOBAL MERCHANT SERVICES, INC. )<br>)<br>    Counterclaim and Third-Party )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>GLOBAL BANKCARD SERVICES, INC. )<br>)<br>    Counterclaim Defendant, )<br>)<br>and )<br>)<br>GLOBAL MERCHANT SERVICES INC. t/a )<br>GLOBAL DATA SERVICES and )<br>YONG CHEOL KIM )<br>)<br>    Third-Party Defendants. )<br>_____) | Civil Action No. 1:11-cv-110 TSE-1DD |

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**
**OF ALL CLAIMS BY ALL PARTIES WITH PREJUDICE**

Plaintiff and Counterclaim Defendant Global Bank Card Services, Inc. ("GBS"), Third

Party Defendant Global Merchant Services, Inc., d/b/a Global Data Services ("GDS") and Third

Party Defendant, Yong Cheol Kim ("Kim") and Defendant, Counterclaim Plaintiff and Third

Party Plaintiff, Global Merchant Services, Inc. ("GMS"), by undersigned counsel, representing

1

all parties to the above captioned case, hereby execute this Stipulation and Order of Voluntary Dismissal of All Claims by All Parties With Prejudice, pursuant to Fed.R.Civ.P. 41(a)(2), the parties having fully settled this case.

SEEN AND AGREED:

_/s/ (signature)_
Craig M. Palik, Esq. (VSB No. 15254)
6411 Ivy Lane, Suite 200
Greenbelt, Maryland 20770
(301) 441-2420 (v)
(301) 982-9450 (f)
cpalik@mhlawyers.com

*Counsel for Global Bank Card Services, Inc., Global Merchant Services, Inc., d/b/a Global Data Services and Yong Cheol Kim*

_Jeffrey Squires /s/ CMP WITH PERMISSION_
Jeffrey L Squires, Esq. (VSB No. # 39189)
SquiresLaw, PLLC
1850 M Street, N.W., Suite 280
Washington, D.C. 20036-5804
Tele: (202) 223-4500
Fax: (202) 331-0726
jsquires@squireslawusa.com

*Counsel for Global Merchant Services, Inc.*

SO ORDERED: Entered M September 2011

_/s/_
Ivan D. Davis
United States Magistrate Judge

2